AUSA:  Katharine Hemann  Telephone: (989) 895-5712
Task Force Officer:  Geoffrey Sparkes  Telephone: (989) 892-6525

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
   v.

Zeke A.J. Smith,

Case No. 1:26-mj-30176
Judge: Morris, Patricia T.
Filed: 04-03-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 2025 through April 2, 2026____ in the county of _____Bay_____ in the ____Eastern____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2252A(a)(2) | Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(b) | Possession of Child Pornography |
| 18 U.S.C. § 2251 | Sexual Exploitation of Children |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Geoffrey Sparkes, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____April 3, 2026____

_____
*Judge's signature*

City and state:  Bay City, Michigan

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT</u>

I, Geoffrey Sparkes, being duly sworn, do hereby state as follows:

## <u>INTRODUCTION</u>

1.      I am Task Force Officer with the Federal Bureau of Investigation ("FBI") and have been since November 2020. I am currently assigned to Northeast Michigan Child Exploitation and Human Trafficking Task Force ("NEMTEC"). Prior to being assigned to NEMTEC, I spent approximately five years assigned to the Mid-Michigan Safe Streets Task Force ("MMSSTF"). As such, I have been involved in numerous investigations for various violations of federal law. I have been a law enforcement officer since 2013 enforcing state and federal laws. I have served as a police officer for the City of Bay City since 2017. Prior to my employment with the City of Bay City, I served as a police officer for the City of Albany, GA. There I was assigned to a Gang Unit where I served as an Investigator.

2.      This affidavit is being submitted for the purpose of obtaining a criminal complaint and arrest warrant for Zeke Austin James Smith in violation of 18 U.S.C. § 2251 sexual exploitation of children, 18 U.S.C. §§ 2252A(a)(2) distribution of child pornography, and 18 U.S.C. § 2252A(a)(5)(B) possession of child pornography involving a prepubescent minor or a minor who has not attained 12 years of age.

3.      The information set forth in this affidavit was obtained during the course of my employment with the FBI, through personal observation, statements of witness, information supplied by other local and federal law enforcement officers and through other investigative activity. The information in this affidavit is included for the limited purpose of showing probable cause and this affidavit does not contain all the information related to this investigation.

**PROBABLE CAUSE**

4.      On April 1, 2026, Bay City Department of Public Safety Officers interviewed Zeke A.J. Smith in reference to allegations of Smith's 3-year old minor son (MV1) possibly being sexually assaulted while in his care. During the interview Smith admitted to recording videos of him masturbating in front of MV1 and sending them to Anthony S. Nowak, who he identified as his uncle. During that interview, Smith provided detectives with his cell phone and consent to search. Upon examination, the phone was found to contain child pornography. Additionally, there was a conversation where Smith and Nowak negotiated prices for images and videos, which were then sent to Nowak.

5.      On April 2, 2026, I assisted the Bay City Department of Public Safety Detective Bureau with reviewing Smith's cellular telephone. During a manual review, I observed the following text messages located in Smith's cellular telephone.

Below is a summary of the observed conversation, which occurred on December 28, 2025, between Smith and phone number (989)980-XXXX, which Smith identified as belonging to Nowak[1]:

- Nowak: lk can comfortably do 50 rn, Like c!

- Smith: Can you do anything higher or no

- Smith: Bc for 50$ u get 2 pics and 2 videos or for $100 u get 5 pics and 4 video's or for 75$ u get 3 pics and 3 videos

- Smith: What one you want for sure so I can take them and then I can get MV1 set up with his tablet so he won't bug me lol

- Smith: I'll hook him up with his tablet then go do that

- Nowak: I could do 75

- Nowak: Oh yeah lol

- Nowak: Nice

- Nowak: Make em some hot sexy ones

- Smith: Okay

- Nowak: Rub a dub dub Sexy in a tub Lmao

- Smith: lol

- Smith: Getting those right now

- Nowak: K am ready ! Hehe

---

[1] The conversations are edited to protect the minor victim's identity.

- Smith: Sending them when I'm done taking them lol

- Nowak: Ok

- Smith: Couldn't really get MV1 occupied so I had to do it with him in the bathroom lmao

- Smith: He was curious lmao

- Smith: Sending them in a sec

- Nowak: lol. Nice I bet Ok can't wait!!!!!

6. Smith then sent Nowak three images and three videos which appeared to be taken by Smith in a bathroom. One of those images and one video are described below:

> Video 3 - A four second video clip taken selfie style by Smith standing shirtless in front of a mirror in what appears to be the same bathroom as in the images. Smith is seen masturbating with his left hand and holding the phone in his right. A prepubescent male can be seen in an olive-green tub behind Smith. During the video clip, the nude child stands up exposing his buttocks.

> Image 2- Selfie style photo taken by Smith standing in a bathroom facing a mirror. Smith's upper torso and face are in the picture. He is shirtless and has red underwear pulled down exposing his penis which he is holding with his right hand. He is holding a phone in his left hand which is tattooed. There is a white marble patterned counter in front of him. In the background a prepubescent male is seen sitting in an olive-green bathtub. The child's knees and upper torso are exposed and is completely nude.

7. The conversation then continued:

- Smith: I got MV1 in the background lmao He wouldn't stay downstairs. I kept fighting with him so I just said whatever fuck it. Got him in the background just a jumping all around lmao. I told

him to mind your business lmao. U like them I even got MV1 part of it soon he will be doing it just like me probably lmao.

- Smith: If u can cash app that will work for me if it works for u. And then did u wanna hang this new years. I was gonna plan a lil party for new years if u wanna come.

- Nowak: Nice. Definitely something different. Hehe part of it. You're the best. Lol.

- Smith: lol. Cash app if u can. And then if u wanna chill then probably New Year's Eve so we can party and watch the ball drop.

- Nowak: Yup will send now. Ight sounds good.

- Smith: Alright, sounds good.

8. I also observed a series of nine images taken on January 5, 2025, depicting Smith and the same child from Smith masturbation videos who he identified as his son MV1. In the photos, Smith and MV1 are both nude in an olive-green tub that appeared to be taken in the same bathroom as the above videos.

9. On April 2, 2026, I interviewed Smith at the Bay City FBI Office. During the interview, Smith explained he had been selling nude images and videos of himself to Nowak for approximately the past year in order to make some extra money. He stated Nowak had approached him on two separate occasions regarding featuring MV1 in his pictures or videos. Once while fishing with other family members along the Saginaw River in Bay City and another time when the two of them were riding in Nowak's car. Smith advised that Nowak told him it would be

"interesting" to include the baby in his pictures and that he would pay for them. Smith further explained that when he took those pictures and videos of him masturbating with MV1 next to him in the tub he was at his apartment at 1319 Broadway Ave Apt B, Bay City MI, which is located with the Eastern District of Michigan. Smith stated that when he took those pictures and videos to send to Nowak that he intentionally featured his son in the images because he knew that it would please Nowak based on their prior conversations.

10.     Based on my experience and the training and experience of other officers, Smith created the videos with MV1 and sent them to Nowak for Nowak's sexual pleasure. These images and videos meet the federal definition of federal child pornography, as defined under 18 U.S.C. § 2256(a).

11.     While conducting a manual review of Smith's cell phone, I observed another video that is consistent with the definition of federal child pornography, as defined under 18 U.S.C. § 2256(8):

> Video 4- I observed a 22 second video depicting a white prepubescent male with dark hair moving his mouth up and down on an adult male's erect penis. The child is nude and his penis is visible in the video. The video is filmed from the perspective of the adult male in the video. During the video, the adult male utilized his left hand to apply pressure to the back of the child's head. A blue watchband can be seen on the male's left wrist. At approximately the last five seconds of the recording, the video changes to showing an erect adult male's penis entering and exiting an unknown person's anus. On the side of the video there is a timestamp watermarked in orange indicating 04/19/22 21:50.

The video appears to be a recording of a recording as it is out of focus and there is a glare on the screen.

## **Conclusion**

12.     Based upon the above information, I respectfully submit that there is probable cause to believe that Zeke Smith has violated 18 U.S.C. § 2251 sexual exploitation of children,18 U.S.C. §§ 2252A(a)(2) distribution of child pornography, and 18 U.S.C. § 2252A(a)(5)(B) possession of child pornography involving a prepubescent minor or a minor who has not attained 12 years of age.

_____
Geoffrey Sparkes
Task Force Officer, FBI

Sworn to and subscribed before me and/or by reliable electronic means on

April 3, 2026
_____.

_____
Hon. Patricia T. Morris
United States Magistrate Judge